IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-84-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS INDICTMENT |
| WILLIAM JOHN HANSON | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 19) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the trial set for September 22, 2025 at 9:00 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of September, 2025.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge